# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Loretta J. Williams, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:18-464-RMG |
| ) | |
| vs. ) | |
| ) | |
| Andrew M. Saul, Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on July 19, 2019, recommending that the decision of the Commissioner be reversed and remanded to the agency because (1) there is not substantial evidence to support the Administrative Law Judge's finding that a restriction to simple routine tasks adequately accommodated Plaintiff's moderate difficulties with concentration, persistence, or pace; (2) there is not substantial evidence to support the Administrative Law Judge's finding that the job restrictions adequately addressed Plaintiff's moderate difficulties in social functioning; and (3) the Administrative Law Judge failed to resolve the apparent conflict between the Vocational Expert's testimony and the DOT. (Dkt. No. 20 at 52-68). The Commissioner has advised the Court that he does not intend to file objections

to the R & R. (Dkt. No. 21).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 7, 2019